IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL FRANCO, et. al. | ) |
| | ) |
| Plaintiffs, | )  1:05CV01058 (RMU) |
| | ) |
| v. | ) |
| | ) |
| THE DISTRICT OF COLUMBIA and | ) |
| NATIONAL CAPITAL REVITALIZATION | ) |
| CORPORATION | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Paul J. Kiernan, of Holland & Knight LLP, 2099 Pennsylvania Avenue, N.W., Suite 100, Washington, D.C. 20006, as counsel for Defendant, National Capital Revitalization Corporation, in the above-captioned matter.

Respectfully submitted,

Paul J. Kiernan
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006
(202) 663-7276 (phone)
(202) 955-5564 (facsimile)

# 2962700_v1