AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __COLUMBIA__

SAMUEL FRANCO, et. al.

**SUMMONS IN A CIVIL ACTION**

V.

THE DISTRICT OF COLUMBIA, et. al.

CASE NUMBER

CASE NUMBER 1:05CV01058

JUDGE: Ricardo M. Urbina

DECK TYPE: General Civil

DATE STAMP: 05/26/2005

TO: (Name and address of Defendant)

RLA REVITALIZATION CORPORATION
2025 M Street, N.W.
Suite 600
Washington, DC 20036
Serve: Anthony C. Freeman, President

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ralph Werner, Esq.
1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     MAY 26 2005
CLERK                          DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  5-31-05 |
| NAME OF SERVER *(PRINT)*  Scot Singleton | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served: _____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

(G)    Other (specify): Corporate Service on Maxine E. McBean, Associate, General Counsel

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-31-05
*Date*

*Signature of Server*

P.O. Box 18647
Washington, DC 20036

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of COLUMBIA

SAMUEL FRANCO, et. al.

**SUMMONS IN A CIVIL ACTION**

V.

THE DISTRICT OF COLUMBIA, et. al.

CASE NUMBER    1:05CV01058

JUDGE: Ricardo M. Urbina

DECK TYPE: General Civil

DATE STAMP: 05/26/2005

TO: (Name and address of Defendant)

NATIONAL CAPITAL REVITALIZATION CORPORATION
2025 M Street, NW
Suite 600
Washington, DC 20036
Serve: Anthony C. Freeman, President

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ralph Werner, Esq.
1020 Nineteenth Street, N.W.
Suite 400
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         MAY 2 6 2005
CLERK                              DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5-31-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Scot Singleton | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate Service on Maxine E. McBean, Associate General Counsel

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-31-05
Date

Signature of Server

P.O. Box 18647
Washington, DC 20036

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  COLUMBIA

SAMUEL FRANCO, et. al.

**SUMMONS IN A CIVIL ACTION**

V.

THE DISTRICT OF COLUMBIA, et. al.

CASE NUMBER:   CASE NUMBER  1:05CV01058

JUDGE: Ricardo M. Urbina

DECK TYPE: General Civil

DATE STAMP: 05/26/2005

TO: (Name and address of Defendant)

THE DISTRICT OF COLUMBIA
Serve¶ Darlene Fields
Agent
Office of the Attorney General
441 4th Street, NW, Suite 600 South
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ralph Werner, Esq.
1020 Nineteenth Street, NW
Suite 400
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      MAY 26 2005
CLERK                           DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 5-31-05 |
| NAME OF SERVER *(PRINT)* Scot Singleton | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporate service on Darlene Fields, registered agent

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-31-05

Signature of Server: [signature]

Address of Server: P.O. Box 18647, Washington, DC 20036

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.