IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL FRANCO, et. al.  )<br>  )<br>      Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>THE DISTRICT OF COLUMBIA and  )<br>NATIONAL CAPITAL REVITALIZATION  )<br>CORPORATION  )<br>  )<br>      Defendants.  )<br>_____)  | 1:05CV01058 (RMU) |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

Pursuant to Rule 6 and with the consent of Plaintiffs' counsel, Defendants respectfully request an extension of time in which to file their response to the Complaint. Defendants will be filing a joint motion and request the additional time in order to coordinate their filing.

WHEREFORE Defendants request that their time to respond to the Complaint be extended from June 20 to June 27, 2005.

Respectfully submitted,

_/s/ Paul J. Kiernan_
Paul J. Kiernan (D.C.Bar # 385627)
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Ave., N.W.
Suite 100
Washington, D.C. 20006
(202) 663-7276 (phone)
(202) 955-5564 (facsimile)

# 2999580_v1