IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL FRANCO, et. al. | ) |
| | ) |
| Plaintiffs, | )    1:05CV01058 (RMU) |
| | ) |
| v. | ) |
| | ) |
| THE DISTRICT OF COLUMBIA and | ) |
| NATIONAL CAPITAL REVITALIZATION | ) |
| CORPORATION | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER GRANTING OF EXTENSION OF TIME**

The Court having considered the Defendants' Consent Motion for Extension of Time and good cause having been shown, it is, this ___ day of June, 2005

ORDERED that the Motion is granted. Defendants shall file their joint response to the Complaint by June 27, 2005.

_____
Ricardo M. Urbina
U.S. District Court

# 2999598_v1