IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROSE RUMBER, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | 1:04-CV-01170 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA and | ) | |
| NATIONAL CAPITAL REVITALIZATION | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

The Clerk will please enter the appearance of Paul J. Kiernan as counsel of record for defendant National Capital Revitalization Corporation.

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Paul Kiernan*

Paul J. Kiernan (DC Bar # 385627)
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 663-7276
(202) 955-5564 – fax

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing was served this 5th day of August, 2004 via electronic filing upon:

Elaine Mittleman
2040 Arch Drive
Falls Church, Virginia 22043

and via first class, postage prepaid mail, to

David Fisher
Richard G. Amato
Office of the Attorney General
441 Fourth Street, N.W.
Room 6th Floor North
Washington, D.C. 20001

Paul J. Kiernan

# 2158393_v1