IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMUEL FRANCO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 1:05-CV-01058 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA, NATIONAL CAPITAL REVITALIZATION CORPORATION and RLA REVITALIZATION CORPORATION, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court having considered Defendants' Motion to Dismiss Complaint and Memorandum of Points And Authorities In Support of Motion to Dismiss and good cause having been shown, it is this ____ day of _____, 2005;

**ORDERED** that the Motion be and hereby is GRANTED.

_____
Judge Ricardo M. Urbina
U.S. District Court for the District of Columbia