IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL FRANCO, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:05-CV-01058 (RMU) |
| | ) |
| THE DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |

ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant Attorney General Richard G. Amato as counsel for defendant District of Columbia in the above-captioned proceeding.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

CHARLES F. BARBERA
Deputy Attorney General
Commercial Division

/s/ David Fisher
DAVID FISHER, D.C. Bar No. 325274
Assistant Attorney General
Chief, Tax, Bankruptcy, and Finance Section

/s/ Richard G. Amato
RICHARD G. AMATO, D.C. Bar No. 21618
Assistant Attorney General
Tax, Bankruptcy, and Finance Section
441 4th Street, N.W.,
Sixth Floor North
Washington, D.C. 20001
Telephone: (202) 724-7751
Facsimile: (202) 727-6014

2