UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL FRANCO, et. al.,              :                :
             Plaintiffs              :       Civil No. 1:05-CV-01058 (RMU)
    v.                                       :
                                          :
THE DISTRICT OF COLUMBIA, et. al.,   :
             Defendants.           :

CONSENT MOTION FOR EXTENSION OF TIME
TO SERVE AND FILE MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT

    Pursuant to Local Rule 7(b) and with the consent of Defendants' counsel, Plaintiffs respectfully request an extension of time in which to serve and file their memorandum of points and authorities in opposition to Defendants' motion to dismiss the complaint until July 15, 2005. Plaintiffs request the additional seven days because of their counsel's need to prepare for and attend a closing on July 1, 2005 that had been scheduled prior to the commencement of this action, and the intervening holiday weekend.

    WHEREFORE Plaintiffs request that their time to file their memorandum of points and authorities in opposition to Defendants' Motion to Dismiss Complaint be extended from July 8 to July 15, 2005.

                                                Respectfully submitted,

                                                _/s/_____
                                                Ralph Werner, D.C. Bar No. 88161
                                                1020 Nineteenth Street, N.W.
                                                Suite 400
                                                Washington, DC 20036
                                                (202) 331-8940 (Telephone)
                                                (202) 331-8943 (Facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL FRANCO, et. al.,          :               :
              Plaintiffs     :     Civil No. 1:05-CV-01058 (RMU)
    v.                                        :
                                        :
THE DISTRICT OF COLUMBIA, et. al.,     :
             Defendants.    :

ORDER GRANTING EXTENSION OF TIME

Upon consideration of Plaintiffs' Consent Motion for Extension of Time to Serve and File their Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss Complaint, and good cause having been shown, it is by the Court this ___ day of July, 2005

ORDERED that the Motion is granted. Plaintiffs shall serve and file their memorandum of points and authorities in opposition to Defendants' Motion to Dismiss Complaint by July 15, 2005.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE