IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMUEL FRANCO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 1:05-CV-01058 (RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA, | ) | |
| NATIONAL CAPITAL REVITALIZATION | ) | |
| CORPORATION and RLA REVITALIZATION | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6), defendants District of Columbia, National Capital Revitalization Corporation, and RLA Revitalization Corporation move to dismiss the Amended Complaint.

In support of this Motion, defendants rely upon the attached Memorandum of Points and Authorities. Defendants also incorporate by reference their earlier-filed Motion to Dsimiss Complaint and the Memorandum in Support (Doc # 8).

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

CHARLES F. BARBERA
Deputy Attorney General, Commercial Division

_/s/_____
DAVID FISHER
Chief, Tax, Bankruptcy, and Finance Section
Bar Number 325274

_____

/s/

RICHARD G. AMATO
Assistant Attorney General
Bar Number 21618
441 4th Street, N.W., Sixth Floor North
Washington, D.C.  20001
 (202) 724-7751
 (202) 727-6014 (fax)
 E-mail:  richard.amato@dc.gov


HOLLAND & KNIGHT LLP

_____

Paul J. Kiernan (DC Bar # 385627)
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 663-7276
(202) 955-5564 – fax


# 3105405_v1

2