UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL FRANCO, et. al.,                  :                :
            Plaintiffs                  :   Civil No. 1:05-CV-01058 (RMU)
   v.                                              :
                                          :
THE DISTRICT OF COLUMBIA, et. al.,   :
           Defendants.              :

ORDER

Upon consideration of Defendants' Motion to Dismiss Amended Complaint and Memorandum of Points and Authorities In Support of Motion to Dismiss, and Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss Amended Complaint, and good cause not having been shown, it is by the Court this ___ day of _____, 2005

    ORDERED that the Motion is hereby Denied.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE