UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SAMUEL FRANCO *et al*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 05-1058 |
| | : | | |
| v. | : | | |
| | : | Document No.: | 13 |
| THE DISTRICT OF COLUMBIA *et al*, | : | | |
| | : | | |
| Defendants. | : | | |

# MEMORANDUM OPINION

### GRANTING THE DEFENDANTS' MOTION TO DISMISS

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 22nd day of March 2006, it is hereby

**ORDERED** that the defendants' motion to dismiss the plaintiffs' amended complaint is **GRANTED.**

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge