UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL FRANCO, et. al.,          :
          Plaintiffs    :    Civil No. 1:05-CV-01058 (RMU)
   v.                                :
                          :
THE DISTRICT OF COLUMBIA, et. al.,  :
          Defendants.   :

## ORDER

Upon consideration of plaintiffs Nathan Franco, Allan Franco and D. Mart, Inc.'s motion for reconsideration of order granting defendants' motion to dismiss amended complaint for leave to file second amended complaint, and defendants' opposition thereto, and good cause having been shown for the grant of the motion, it is by the Court this _____ day of _____, 2006 hereby

ORDERED that the Memorandum Opinion and Order dated March 22, 2006 (Document 16) is hereby vacated and amended in part, in that the claims of plaintiffs Nathan Franco, Allan Franco and D Mart, Inc. are found to be ripe and, therefore, the amended complaint should not be dismissed as to them, and it is further

ORDERED that plaintiffs Nathan Franco, Allan Franco and D Mart, Inc., are hereby granted to leave to file the second amended complaint substantially in the form attached to their motion within ten (10) days from the entry of this order.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE