UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SAMUEL FRANCO *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 05-1058 (RMU) |
| | : | | |
| v. | : | Document No.: | 18 |
| | : | | |
| DISTRICT OF COLUMBIA *et al.,* | : | | |
| | : | | |
| Defendants. | : | | |

# O R D E R

### DENYING THE PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 10th day of October 2006, it is hereby

**ORDERED** that the plaintiffs' motion to alter or amend judgment is **DENIED.**

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge