UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil No. 1:05-CV-01058 (RMU)

SAMUEL FRANCO, et. al.,
      Plaintiffs
  v.

THE DISTRICT OF COLUMBIA, et. al., : NOTICE OF APPEAL
      Defendants.

Notice is hereby given that Nathan Franco, Allan Franco and D Mart, Inc., three plaintiffs in the above-captioned action, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from Section III (C) of the order of the Court entered in this action on March 22, 2006 dismissing said three plaintiffs' claims in their first amended complaint for lack of subject matter jurisdiction, and the order denying said three plaintiffs' motion for reconsideration to alter or amend said judgment entered on October 10, 2006.

Dated: November 8, 2006

          /s/ Ralph Werner
          Ralph Werner, D.C. Bar No. 88161
          1020 Nineteenth Street, N.W.
          Suite 400
          Washington, D.C. 20036
          (202) 331-8940
          Attorney for Plaintiffs