IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL FRANCO, et al., ) | |
| ) | |
| Plaintiffs, ) | 1:05-CV-01058 (RMU) |
| ) | |
| v. ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| NATIONAL CAPITAL REVITALIZATION ) | |
| CORPORATION and RLA REVITALIZATION ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to the "National Capital Revitalization Corporation and Anacostia Waterfront Corporation Reorganization Clarification Act of 2007," the powers, duties, assets, liabilities, and functions of the National Capital Revitalization Corporation ("NCRC") and RLA Revitalization Corporation ("RLARC") have been transferred to the District of Columbia as of October 1, 2007.

The District of Columbia, through the Office of the Attorney General, will be representing NCRC and the District of Columbia, as successor to NCRC, in this pending action.

Paul Kiernan and the law firm of Holland and Knight LLP hereby withdraw as counsel for Defendants NCRC and RLARC.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ Paul J. Kiernan
Paul J. Kiernan, D.C. Bar No. 385627
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Phone: (202) 955-3000
Facsimile: (202) 955-5564

NATIONAL CAPITAL REVITALIZATION CORP.

By: _____
Maxine McBean
Counsel
2025 M Street, N.W., Suite 600
Washington, D.C. 20036
Phone: (202) 530-5750
Facsimile: (202) 530-5790

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Notice of Withdrawal of Counsel was served by electronic filing this 1st day of October, 2007, on:

>Ralph Warner
>1020 19th Street, N.W.
>Suite 400
>Washington, D.C. 20036
>
>Richard G. Amato
>Office of the Attorney General
>441 Fourth Street, N.W., Sixth Floor North
>Washington, D.C. 20001

_____
Paul Kiernan

# 4824187_v2