# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

## No. 06-7196

## September Term, 2006

### 05cv01058

**Filed On: September 11, 2007**

[1065966]
Samuel Franco,

        Appellee

Nathan Franco, et al.,

        Appellants

v.

District of Columbia, et al.,

        Appellees

**MANDATE**

Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED:

BY:

ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

**BEFORE**:    Ginsburg, Chief Judge, and Griffith and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the joint motion to vacate and remand to the district court, in light of this court's recent decision in Rumber v. D.C., 487 F.3d 941 (D.C. Cir. 2007), and the District of Columbia Court of Appeals's recent decision in Franco v. Nat'l Capital Revitalization Corp., No. 06-CV-645 (D.C. 2007), it is

**ORDERED** that the joint motion to remand to the district court be granted and that the question of vacatur be directed to the district court in the first instance, to consider any requests the parties may file for post-judgment relief, pursuant to Fed. R. Civ. P. 60(b). See U.S. Bancorp Mortg. Co. v. Bonner Mall Partnership, 513 U.S. 18, 29 (1994) (a court of appeals presented with a request for vacatur of a district court judgment may remand the case with instructions that the district court consider the request, pursuant to Fed. R. Civ. P. 60(b)).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk