UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SAMUEL FRANCO, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | APPEARANCE |
| | ) | |
| v. | ) | 1:05-CV-01058 (RMU) |
| | ) | |
| **THE DISTRICT OF COLUMBIA, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PRAECIPE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Assistant Attorney General William D. Burk as counsel in this case for Plaintiff District of Columbia in the above captioned matter.

Date:   January 23, 2008            Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

PAMELA T. PERRY
Deputy Attorney General, Commercial Division


         /s/ David Fisher
DAVID FISHER, D.C. Bar No. 325274
Chief, Tax, Bankruptcy and Finance Section

        /s/ Richard G. Amato
RICHARD G. AMATO, D.C. Bar No. 21618
(202) 724-7751
(202) 727-6014 (fax)
Email: Richard.amato@dc.gov


        /s/ William D. Burk
WILLIAM D. BURK, D.C. Bar # 464349
Assistants Attorney General
1100 15th Street, N.W., Suite 800
Washington, D.C. 20005
(202) 741-5225
(202) 727-6014 (fax)
Email: William.Burk@dc.gov
Counsel for the District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2008, a true and correct copy of the foregoing Praecipe was served by e-service to:

Ralph Werner
1020 Nineteenth Street, N.W.
Suite 400
Washington, D.C. 20036
*Attorney for Plaintiffs*

        /s/ William D. Burk
        William D. Burk